# CRIMINAL DOCKET

Southern District of Texas

CRIMINAL No. 4:22-cr-393

Transfer of Jurisdiction of Supervised Release or Probation.
Transferring Court Eastern District of Arkansas

Date Filed August 10, 2022

Judge Hughes

UNITED STATES OF AMERICA
v.

Ricky L Hampton
a/k/a Finese 2 Tymes or Finese Twotymes

Charge: 18:922(g)(1) Felon in Possession of a Firearm

Penalty: Defendant sentenced to 60 months imprisonment to run concurrent with any sentence imposed in St. Francis County Circuit Court case no. CR-17-396; and consecutive to any other sentence which may be imposed against this defendant in another court; three (3) years supervised release; $100 special assessment